# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARI BAILEY,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　v.<br><br>**STEPHEN FOROSTIAK,** *et al.,*<br><br>　　　　　　　　**Defendants.** | No. 3:11-CV-00577<br><br>(Judge Mannion) |

## ORDER

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Court may reconsider its dismissal should Plaintiff provide his updated address within a reasonable time period.

2. The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　*s/ Malachy E. Mannion*
　　　　　　　　　　　　　　　**MALACHY E. MANNION**
　　　　　　　　　　　　　　　United States District Judge

**Dated: March 31, 2020**
19-577-01-order

1